THOMAS NESTER v. ALEX. SWIFT AND NATHAN S. LOCKWOOD.

*Modification of decree—Costs.*

Where a decree is modified in appellants' favor upon one point, but in other respects is affirmed by the equal division of the Court, the appellants recover costs.

Appeal from Saginaw. (D. C. Gage, J.) Oct. 5.—Jan. 18.

BILL to determine the rights of the parties to logs and lumber manufactured under a contract between them, and for an accounting for the proceeds of sales. Defendants appeal. Decree modified.

*Lorenzo T. Durand* and *H. H. Hatch* for complainant.

*Edward E. Kane* and *C. A. Kent* for defendants.

MARSTON, J. We are all agreed that the complainant did not drive the logs into Rifle river boom, as under the agreement he was bound to do, and that the expenses to defendants and interest thereon in consequence thereof, amounting to $1319.95, should be charged to him.

Upon the other questions in the case the Court is equally divided, and in all other respects, therefore, the decree, under the statute, will stand affirmed.

The decree will therefore be modified to the amount above specified, defendants to recover costs.

The other Justices concurred.